UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-23347-BKC-SMG
PROCEEDING UNDER CHAPTER 13

IN RE:

CARLOS RAUL MACHADO
XXX-XX-9157

DEBTOR_____/

**TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF
SERVICE OF COURT GENERATED NOTICE OF HEARING**

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to timely provide current tax returns to Trustee pursuant to the Confirmation Order;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 7th day of October, 2022.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS<br>
CASE NO.:  20-23347-BKC-SMG

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
CARLOS RAUL MACHADO
6920 SW 148TH LANE
DAVIE, FL  33331-2900

**ATTORNEY FOR DEBTOR**
YULEMA FIGUEROA, ESQUIRE
300 SW 107TH AVE, SUITE 213
MIAMI, FL  33174

**CREDITOR(S)**
ALICE E. SOLOMON
16570 NE 26 AVE, 4F
NORTH MIAMI BEACH, FL  33160

ALICE E. SOLOMON
C/O VINCENT O'BRIEN, ESQ.
8751 W. BROWARD BLVD. STE. 210
FT. LAUDERDALE, FL  33324-2630

BECKET & LEE, LLP
POB 3001
MALVERN, PA  19355

COLLECTION INFORMATION BUREAU
202 NORTH FEDERAL HIGHWAY
LAKE WORTH BEACH FL 33460-3438
 33460-3438

DAVID H. HAFT, ESQ.
1076 DEERWOOD LANE
WESTON, FL  33326

ELITE IMAGING, LLC
PO BOX 826618
PHILADELPHIA PA 19182-6618
ELITE IMAGING,   19182-6618

MID-FLORIDA PATHOLOGY
2100 PREVATT STREET
EUSTIS FL 32726-6130
  32726-6130

OUTPATIENT SURGICAL SERVICES
301 NW 82ND AVENUE
PLANTATION FL 33324-1811
  33324-1811

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317

WESTLAKE FINANCIAL SERVICES
ATTN: BANKRUPTCY
PO BOX 76809
LOS ANGELES, CA  90054-0809

WESTLAKE FINANCIAL SERVICES
RESURGENT CAPITAL SERVICES
POB 3427
GREENVILLE, SC  29602

WESTLAKE SERVICES, LLC
3440 FLAIR DRIVE LOCKBOX #840132
EL MONTE, CA  91731

WESTLAKE SERVICES, LLC
4751 WILSHIRE BLVD, SUITE 100
LOS ANGELES, CA  90010

YOLO INTERIORS
3811 SW 47 AVE, SUITE 615
DAVIE, FL  33314

YOLO INTERIORS
C/O DAVID H HAFT, ESQUIRE
1076 DEERWOOD LANE
WESTON, FL  33326

YOLO INTERIORS
C/O SHELLY MILGRAM
3811 SW 47TH AVE STE. 615
DAVIE, FL  33314-2817